1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOHN R. AGOSTA,                    **Case No. CV 15-02066 CAS (RAO)**

12                 Petitioner,

13        v.                           **ORDER ACCEPTING FINDINGS,**
                                       **CONCLUSIONS, AND**
14  DANIEL PARAMO,                     **RECOMMENDATIONS OF**
                                       **UNITED STATES MAGISTRATE**
15                 Respondent.         **JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18  records and files herein, and the Magistrate Judge's Report and Recommendation.

19  Further, the Court has engaged in a *de novo* review of those portions of the Report

20  and Recommendation to which Petitioner objected.  The Court accepts and adopts

21  the findings, conclusions, and recommendations of the Magistrate Judge.

22        IT IS ORDERED that the Petition is denied, and Judgment shall be entered

23  dismissing this action with prejudice.

24

25  DATED:  August 15, 2016

26                                     _____
                                       CHRISTINA A. SNYDER
27                                     UNITED STATES DISTRICT JUDGE

28